**Mark BARNETT, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 42984.**

Missouri Court of Appeals,
Western District.

Dec. 11, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 29, 1991.

Application to Transfer Denied
March 5, 1991.

David S. Durbin, Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., John P. Pollard, Asst. Atty. Gen., Jefferson City, for respondent.

Before BERREY, P.J., and FENNER and ULRICH, JJ.

### ORDER

PER CURIAM.

Appeal from dismissal of Rule 24.035 motion for postconviction relief.

Affirmed. Rule 84.16(b).